NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN R. WILSON, WILSON WOLF MANUFACTURING CORP.,**
*Plaintiffs-Appellants*

**v.**

**CORNING INCORPORATED,**
*Defendant-Appellee*

---

2024-1065

---

Appeal from the United States District Court for the District of Minnesota in No. 0:13-cv-00210-DWF-TNL, Judge Donovan W. Frank.

---

**JUDGMENT**

---

DEVAN V. PADMANABHAN, Padmanabhan & Dawson PLLC, Minneapolis, MN, argued for plaintiffs-appellants. Also represented by MICHELLE DAWSON, ERIN DUNGAN, BRITTA LOFTUS, MARIAH L. REYNOLDS, PAUL J. ROBBENNOLT, SRI SANKARAN.

LINDA T. COBERLY, Winston & Strawn LLP, Chicago, IL, argued for defendant-appellee. Also represented by EDWARD A. DAY, GEORGE C. LOMBARDI, MICHAEL A.

MENEGHINI, IVAN MICHAEL POULLAOS; ROBINE K. MORRISON, Houston, TX.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2025
Date

Jarrett B. Perlow
Clerk of Court